

Tarter Krinsky & Drogin LLP
1350 Broadway
New York, NY 10018
P 212.216.8000
F 212.216.8001
www.tarterkrinsky.com

Tuvia Rotberg
Partner
212-216-1172
trotberg@tarterkrinsky.com

<u>Via ECF</u>

April 8, 2025

The Honorable P. Kevin Castel, U.S.D.J.
United States District Court, S.D.N.Y.
500 Pearl Street
New York, NY 10007

Re: *Beauty It Is Inc. v. Dispensing Technologies B.V. et al.*, No. 1:25-cv-01178-PKC
    Request for Adjournment of Initial Pretrial Conference

Dear Judge Castel:

We represent Plaintiff Beauty It Is Inc. ("Plaintiff") in the above-referenced matter. We write to respectfully request a 30-day adjournment of the Initial Pretrial Conference currently set for April 18, 2025 at 11:00 a.m. (ECF No. 7.)

Plaintiff proposes a brief adjournment of the Initial Pretrial Conference to allow service to be effectuated on the defendants in this action, AFA Dispensing Group B.V., AFA Polytek Inc., Dispensing Technologies B.V., and Onflair B.V. (collectively, "Defendants"). Plaintiff has requested that the Clerk of Court effectuate service on Defendants, pursuant to Fed. R. Civ. P. 4(h)(2) and 4(f)(2)(C)(ii), by mail (*see* ECF No. 10), and Plaintiff anticipates that service on Defendants via this method will be completed in the next few weeks.

We thank the Court for its attention in this matter.

Respectfully submitted,

*s/ Tuvia Rotberg*

Tuvia Rotberg

**Initial conference is adjourned from April 18, 2025 to May 16, 2025 at 11:00 a.m. Call-In: 855-244-8681, Access Code: 2305 810 3970#.
SO ORDERED.
Dated: 4/9/2025**

P. Kevin Castel
United States District Judge