**Tarter Krinsky & Drogin LLP**
1350 Broadway
New York, NY 10018
P 212.216.8000
F 212.216.8001
www.tarterkrinsky.com

**Tuvia Rotberg**
Partner
212-216-1172
trotberg@tarterkrinsky.com

Conference Adjourned
From: May 12, 2025
To: June 23, 2025 at 11:00 am
SO ORDERED:
P. KEVIN CASTEL, U.S.D.J.
Date: 5-8-25

**Via ECF**

May 7, 2025

The Honorable P. Kevin Castel, U.S.D.J.
United States District Court, S.D.N.Y.
500 Pearl Street
New York, NY 10007

Re: *Beauty It Is Inc. v. Dispensing Technologies B.V. et al.*, No. 1:25-cv-01178-PKC
    Request for Adjournment of Initial Pretrial Conference

Dear Judge Castel:

We represent Plaintiff Beauty It Is Inc. ("Plaintiff") in the above-referenced matter. We write to respectfully request a 30-day adjournment of the Initial Pretrial Conference currently set for May 16, 2025 at 11:00 a.m. (ECF No. 12.)

On April 8, 2025 plaintiff submitted two (2) letter motions to the Court. The first letter motion requested that the Clerk of the Court complete service on the defendants via male (signature required). (ECF No. 10). The second letter motion requested an adjournment of the Initial Conference in this case from April 18, which the Court granted and adjourned to May 16. (See ECF Nos. 11 and 12).

Pursuant to the Initial Pretrial Conference Order (ECF No. 7) the Court has set a deadline for Friday, May 9, 2025, for the parties to submit a proposed case management plan and a joint letter detailing (1) a brief description of the case, including the factual and legal bases for the claim(s) and defense(s); (2) any contemplated motions; and (3) the prospect for settlement.

To date, service has not been effectuated on Defendants as requested in ECF No. 10. Accordingly, Plaintiff has not been in contact with Defendants. At this stage, Plaintiff cannot meet and confer with defendants who have not appeared regarding a joint letter or case management plan. Plaintiff proposes a brief adjournment of the Initial Pretrial Conference to allow service to be effectuated on the defendants in this action, AFA Dispensing Group B.V., AFA Polytek Inc., Dispensing Technologies B.V., and Onflair B.V. (collectively, "Defendants"). Plaintiff has contacted the clerk's office, who has provided corrections regarding the materials for service, which we will promptly provide. We anticipate that service pursuant to Fed. R. Civ. P. 4(h)(2) and 4(f)(2)(C)(ii) will be completed in the next few weeks.

We thank the Court for its attention to this matter.

Respectfully submitted,

*s/ Tuvia Rotberg*

Tuvia Rotberg