

Tarter Krinsky & Drogin LLP
1350 Broadway
New York, NY 10018
P 212.216.8000
F 212.216.8001
www.tarterkrinsky.com

Tuvia Rotberg
Partner
212-216-1172
trotberg@tarterkrinsky.com

<u>*Via* ECF</u>                                                                                                June 17, 2025

The Honorable P. Kevin Castel, U.S.D.J.
United States District Court, S.D.N.Y.
500 Pearl Street
New York, NY 10007

    Re: *Beauty It Is Inc. v. Dispensing Technologies B.V. et al.*, No. 1:25-cv-01178-PKC
         <u>Status Update Regarding Initial Pretrial Conference</u>

Dear Judge Castel:

    We represent Plaintiff Beauty It Is Inc. ("Plaintiff") in the above-referenced matter. We write to provide the Court with a status update ahead of the scheduled June 23, 2025 Initial Pretrial Conference regarding service of process upon Defendants in the Netherlands.

    To date, we have not received confirmation that service has been effectuated on Defendants as requested in ECF No. 10. Plaintiff previously contacted the clerk's office, who provided corrections regarding the materials for service. We have issued the materials for service and are awaiting confirmation, which we will promptly provide.

    Given the current status, we respectfully request an additional adjournment of 60 days for the Initial Pretrial Conference as we continue to monitor our efforts to effect service pursuant to Fed. R. Civ. P. 4(h)(2) and 4(f)(2)(C)(ii). If it is helpful to the Court, we will provide continuing status updates, both within 30 days of today's letter and 7 days prior to the adjourned conference date.

    We thank the Court for its attention to this matter.

                                Respectfully submitted,

                                *s/ Tuvia Rotberg*

                              Tuvia Rotberg

Initial conference is adjourned from June 23, 2025 to September 15, 2025 at 10:00 a.m. Dial-In No.: 1-855-244-8681, Access 2305 810 3970#.
SO ORDERED.
Dated: 6/18/2025

*[signature]*
P. Kevin Castel
United States District Judge