

Tarter Krinsky & Drogin LLP
1350 Broadway
New York, NY 10018
P 212.216.8000
F 212.216.8001
www.tarterkrinsky.com

Tuvia Rotberg
Partner
212-216-1172
trotberg@tarterkrinsky.com

Conference Adjourned
From: September 15, 2025
To: December 19, 2025 at 10am by telephone.
SO ORDERED:
P. KEVIN CASTEL, U.S.D.J.
Date: 9-5-25

**Via ECF**

September 5, 2025

The Honorable P. Kevin Castel, U.S.D.J.
United States District Court, S.D.N.Y.
500 Pearl St.
New York, NY 10007

Re: *Beauty It Is Inc. v. Dispensing Technologies B.V. et al.*, No. 1:25-cv-01178-PKC
Request to Adjourn Initial Pretrial Conference

Dear Judge Castel:

We represent Plaintiff Beauty It Is Inc. ("Plaintiff") in the above-referenced matter and we write, jointly with Defendants Dispensing Technologies, B.V., AFA Dispensing Group B.V., AFA Polytek Inc., and Onflair B.V. (collectively, "Defendants"), to request an approximately 90-day adjournment of the telephonic Initial Pretrial Conference currently scheduled for September 15, 2025 at 10:00 a.m.

Counsel for Defendants recently entered appearances in this action and reached out to Plaintiff's counsel contesting that Defendants were properly served. Plaintiff's position is that the Defendants were served by at least June 30, 2025 pursuant to Fed. R. Civ. P. 4(h)(2) and 4(f)(2)(C)(ii) but, to avoid a dispute, Plaintiff agreed to send waivers of service to Defendants pursuant to Fed. R. Civ. P. 4(d). Accordingly, all parties have agreed that Defendants' deadline to respond to the Complaint is December 2, 2025, and will file corresponding waivers shortly.

Given that issues regarding service of Defendants have only recently been resolved, and that Defendants have requested that their response to the Complaint not be due for another 90 days via waiver of service, the parties respectfully request that the Initial Pretrial Conference be adjourned for approximately 90 days. Defendants' counsel has requested additional time to familiarize themselves with the facts of this case. The parties are also hopeful to engage in meaningful settlement discussions during the requested extension period.

This is the fourth request for an adjournment of the Initial Pretrial Conference (*see* ECF Nos. 12, 14, & 16), but the first request after Defendants have appeared and service issues have been resolved. Adjourning the Initial Pretrial Conference by approximately 90 days would not affect any other deadlines in this case, and would make the Initial Pretrial Conference take place approximately 14 days after Defendants' response to the Complaint would be due.

We thank the Court for its attention to this matter.

-2-

                                        Respectfully submitted,

                                        /s/ Tuvia Rotberg

                                        Tuvia Rotberg

cc: All Counsel of Record via ECF